UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                               :

J.R. AND M.R. *individually and on behalf of their minor child*,

                      Plaintiffs,                        22-CV-6708 (JMF)

       -v-                                      ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION,

                    Defendant.

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's Order dated August 8, 2022, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 7. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **September 20, 2022**.

      SO ORDERED.

Dated: September 13, 2022
       New York, New York
                                                           JESSE M. FURMAN
                                                           United States District Judge