UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

J.R. et al,                                              :

                                    Plaintiffs,          :
                                                        :
                    - against -                          :
                                                        :
NEW YORK CITY DEPARTMENT                                 :
OF EDUCATION,                                            :
                                                        :
                                    Defendant.           :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023

22-CV-6708 (JHR)(RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On January 9, 2023, the parties advised the Court that the case had settled and requested 30 days to submit an executed Stipulation of Settlement, which the Court granted.  (Dkts. 20-21.)

The 30 days elapsed on February 8, 2023 and no Stipulation of Settlement has been filed.  Accordingly, the parties shall file a status update by February 24, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:       February 21, 2023
             New York, New York

Copies transmitted to all counsel of record.

1